**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 155 WM 2018
:
v. :
:
WAYNE DAVVON BEATTY :
:
PETITION OF: ERIC JACKSON LURIE, :
ESQ. :

## ORDER

**PER CURIAM**

 **AND NOW**, this 15th day of February, 2019, in consideration of the Application for Leave to Withdraw, this matter is REMANDED to the Court of Common Pleas of Westmoreland County for a determination of whether Wayne Beatty's present counsel should be permitted to withdraw.

 If present counsel is allowed to withdraw, the court is DIRECTED to resolve any issues relative to Wayne Beatty being appointed counsel or granted leave to proceed *pro se*.

 The Court of Common Pleas of Westmoreland County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.